[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-11534
Non-Argument Calendar
_____

D.C. Docket No. 8:11-cr-00553-VMC-AEP-13

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHERYL LYNN HUMPHREY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(March 16, 2015)

Before HULL, ROSENBAUM and JULIE CARNES, Circuit Judges.

PER CURIAM:

Tom Dale, appointed counsel for Cheryl Humphrey in this direct criminal appeal, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Humphrey's conviction and sentence are **AFFIRMED**.